**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANE E. FISHER, Executrix of the Estate of Bradley Fisher, Deceased, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| V. | : | 3: CV-99-1976 |
| | : | |
| MARQUIP, INC., and WILL-PEMCO, INC., a/k/a PEMCO, INC., successor-in-interest to CLARK AIKEN MATIK, | : | (JUDGE VANASKIE) |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this          day of                    , 2004, upon consideration of

Plaintiff's Motion in Limine to Preclude Admission of OSHA Inspection Report,

supporting Brief and any Opposition by the Defendants, IT IS HEREBY ORDERED

AND DECREED that the Motion is granted. Defendants are precluded from introducing,

referring to and/or arguing about the OSHA inspection report.

BY THE COURT:

_____
Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE E. FISHER, Executrix of the Estate | : | |
| of Bradley Fisher, Deceased, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| V. | : | 3: CV-99-1976 |
| | : | |
| MARQUIP, INC. and WILL-PEMCO, | : | (JUDGE VANASKIE) |
| INC., a/k/a PEMCO, INC., | : | |
| successor-in-interest to CLARK | : | |
| AIKEN MATIK, INC., | : | |
| | : | |
| Defendant | : | |

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ADMISSION OF OSHA INSPECTION REPORT IDENTIFIED BY THE DEFENDANTS

Plaintiff, by her attorneys, The Powell Law Group, P.C., hereby files this Motion and, in support thereof, avers as follows:

1.      The present case involves a sheeter/splicer manufactured by the Defendant which was unsafe for its intended use. On June 14, 1999, the unsafe condition of the sheeter/splicer caused injuries and death to Bradley Fisher.

2.      The Occupational Safety and Health Administration conducted an investigation into this incident.

3.      In discovery, a partial OSHA report has been produced by Plaintiff's decedent's employer, International Paper.

4.      Defendants have listed the partial OSHA report as an exhibit which they intend to introduce at the trial of this matter. *See* Defendants' Rule 26(a)(3) Disclosures.

5.     The partial OSHA report listed as an exhibit by Defendants contains numerous redactions, only some of which are expressly indicated as follows:

Exhibit A (4 consecutive pages referencing different "exemptions")

Exhibit B information redacted under "exemptions"

Exhibit C additional information redacted under "exemptions"

Exhibit D information redacted under "exemptions"

Exhibit E (referring to "investigative depositions" which are not part of the report and have not been produced in this case).

Exhibit F redactions due to "exemptions" and reference to videotape footage which is not part of the report and not produced in this case.

Exhibit G redactions due to "exemptions" and reference to videotape footage which is not part of the report and not produced in this case.

6.     The partial OSHA report listed as an exhibit by Defendants does not set forth all of the information upon which the partial OSHA investigators base their conclusions.

7.     The partial OSHA report listed as an exhibit by Defendants does not include the statements or "investigative depositions" taken by the OSHA investigators to support conclusions as they relate to an alleged non-compliance with OSHA regulations.

8.     The partial OSHA report listed as an exhibit by Defendants has not been authenticated and nothing in Defendants' Rule 26(a)(3) identifies a witness who can authenticate the redacted, incomplete partial OSHA report.

9.     The partial OSHA report listed as an exhibit by Defendants constitutes inadmissible hearsay and does not meet the exceptions set forth in Federal Rule of Evidence 803(a)(c).

10.    The partial OSHA report is irrelevant to the issues presented in the case at bar.

11.    The partial OSHA report is inadmissible pursuant to Federal Rule of Evidence 403.

12.    For these reasons, the Court should not admit the partial OSHA report identified by the Defendants.

WHEREFORE, it is respectfully requested that the Court preclude Defendants from introducing evidence of the partial OSHA report, referring to it, arguing about it and/or otherwise making reference to it.

Respectfully submitted:

THE POWELL LAW GROUP, P.C.

BY:    /s/ Robert J. Powell
        ROBERT J. POWELL, ESQUIRE
        Attorney I.D. No. 58363

BY:    /s/ Stephen A. Seach
        STEPHEN A. SEACH, ESQUIRE
        Attorney for Plaintiff
        Attorney I.D. No. 67416
        123 Warren Street
        West Hazleton, PA 18202-2183
        (570) 450-5529

# EXHIBIT A



# .spection Report

Fri Jul 2, 1999 2:43pm

| Rpt ID | Assignment Nr. | CSHO ID | Supervisor ID | Inspection Nr. | Opt. Insp. Nr. |
|---|---|---|---|---|---|
| 0317700 | 0  Nr Exir | EX.7C | R4211 | 110030400 | Ex. 7 |
| | 860022-PSy | | | | |

| Establishment Name | | | INTERNATIONAL PAPER | | | | |
|---|---|---|---|---|---|---|---|
| Site Address | 525 Jaycee Drive Hazleton, PA 18201 | | | Site Phone | (570) 459-6060 | Site FAX | (570) 459-6070 |
| Mailing Address | 525 Jaycee Drive Hazleton, PA 18201 | | | Mail Phone | (570) 459-6060 | Mail FAX | (570) 459-6070 |
| Controlling Corp | | | | Employer ID | | 130872805 | |
| Ownership | A. Private Sector | | | City | 3570 | County | 079 |
| Legal Entity | | | Previous Activity (State Only) | | | | |

| Related Activity | | | | | | |
|---|---|---|---|---|---|---|
| Type | Number | Satisfied | | Type | Number | Satisfied |
| A. Accident | 101370369 | | | | | |

| Employed in Establishment | | Advance Notice? | No | Category | S. Safety |
|---|---|---|---|---|---|
| Covered By Inspection | | Union? | No | Primary SIC | 2679 |
| Controlled By Employer | | Walkaround? | No | Secondary SIC | |
| | | Interviewed? (State only) | | Inspected (State Only) | · |

| Inspection Type | A. Fatality/Catastrophe | Reason No Inspection | |
|---|---|---|---|
| Scope of Inspection | B. Partial Inspection | | |
| Classification | | | |
| Strategic Initiatives | | | |
| National Emphasis | | | |
| Local Emphasis | | | |

| Anticipatory Warrant Served? | No | Denial Date | Date ReEntered | Date ReDenied | ReEntered |
|---|---|---|---|---|---|
| Anticipatory Subpoena Served? | No | | | | |

| Entry | 06/15/99 | 08:45 | First Closing Conference | | |
|---|---|---|---|---|---|
| Opening Conference | 06/15/99 | 08:45 | Second Closing Conference | | |
| Walkaround | 06/16/99 | 11:00 | Exit | | |
| Days On Site | 2 | | Case Closed | | |
| | | | No Citations Issued | | |

| Type | ID | Optional Information | | |
|---|---|---|---|---|
| | | | | |

| CSHO Signature | | Date | |
|---|---|---|---|
| | | | |

OSHA-1(Rev. 6/93)

00015



# A-200 Data/Safety and Health Program Evaluation

Fri Aug 20, 1999 1:37pm

| Establishment Name | INTERNATIONAL PAPER | | | | | Ownership | A. Private Sector |
|---|---|---|---|---|---|---|---|
| Site Address | 525 Jaycee Drive<br>Hazleton, PA 18201 | | | Site Phone | (570) 459-6060 | Site FAX | (570) 459-6070 |
| Mailing Address | 525 Jaycee Drive<br>Hazleton, PA 18201 | | | Mailing Phone | (570) 459-6060 | Mailing FAX | (570) 459-6070 |
| Controlling Corp | | | | | | Employer ID | 130872805 |

| SUMMARY OSHA-200 DATA | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| LWDI RATE | ▄ | LWDII RATE | ▄ | Log Year | 1998 | Employment Average | 0 | Total Hours Worked | ▄ |

| Occupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Nbr. of Fatality Dates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| | | | | | | | | | | | | | | | | | | |

| SUMMARY OSHA-200 DATA | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| LWDI RATE | ▄ | LWDII RATE | ▄ | Log Year | 1997 | Employment Average | 0 | Total Hours Worked | ▄ |

| Occupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Nbr. of Fatality Dates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| | | | | | | | | | | | | | | | | | | |

| SUMMARY OSHA-200 DATA | | | | Data Not Available | | Partial Log Year | | # Of Weeks | 0 |
|---|---|---|---|---|---|---|---|---|---|
| LWDI RATE | ▄ | LWDII RATE | ▄ | Log Year | 1996 | Employment Average | 0 | Total Hours Worked | ▄ |

| Occupational Injury Cases | | | | | | Occupational Illness Cases | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Nbr. of Fatality Dates | (2) Lost Workday Cases | (3) Cases With Days Away | (4) Nbr. of Days Away | (5) Restricted Workdays | (6) Cases w/o Lost Workdays | (7a) Skin Diseases/ Disorders | (7b) Dust Diseases (Lungs) | (7c) Respiratory Toxic Agents | (7d) Poisons | (7e) Disorders Physical Agents | (7f) Repeat Trauma | (7g) Other | (8) Nbr. of Fatality Dates | (9) Lost Workday Cases | (10) Cases With Days Away | (11) Nbr. of Days Away | (12) Restricted Workdays | (13) Cases w/o Lost Workdays |
| | | | | | | | | | | | | | | | | | | |





# Inspection Narrative

Mon Jun 21, 1999 8:33am

| Inspection Nr. | 110030400 |
|---|---|
| Opt. Case Number | 84.7c |

| Establishment Name | INTERNATIONAL PAPER | |
|---|---|---|
| Legal Entity | Type of Business | conversion, distribution paper |

| Additional Citation Mailing Addresses |
|---|
| |

| Organized Employee Groups |
|---|
| |

| Authorized Employee Representatives |
|---|
| |

| Employer Representatives Contacted | | | |
|---|---|---|---|
| Name | Title | Function | Walk Around? |
| Michael P. Nameth | plant controller | I O | Y |
| Ron Umgeo | Memphis office | M O | Y |
| Jeffery Carr | 2nd shift supv. | M O | Y |
| Howard Schaffer | Q. C. mgr | M O | Y |
| Steve Badamo | safety coodinator | M O | Y |
| Edward J. Garbacik | traffic supv. | M O | Y |
| John Paulshock | maint. supv. | M O | Y |
| Mike Osteen | regional safety coord. | M | Y |
| Fred Blase | plant mgr. | M | Y |
| Bill Pierre | B H R L | M | Y |
| L H Rickett | V/P, Gen'l Mgr. Com. P.P | M | Y |
| Kate McGlynn | EHS mgr. conv. & spec. pa | M | Y |
| Julie Brennan | communications, Lockhaven | M | Y |
| Carl Bumgardner | Bus. Mgr. Comm. Printing | M | Y |

| Other Persons Contacted |
|---|
| |

| Entry | 06/15/99 | 08:45 | First Closing Conference | | |
|---|---|---|---|---|---|
| Opening Conference | 06/15/99 | 08:45 | Second Closing Conference | | |
| Walkaround | 06/16/99 | 11:00 | Exit | | |
| | | | Case Closed | | OSHA-1A(Rev. 6/93) |

00017

Case 3:99-cv-01976-TIV   Document 174   Filed 05/13/04   Page 9 of 32

| Followup Inspection? | | Reason | |
|---|---|---|---|

Exemption
s

U. S. Department of Labor
Occupational Safety and Health Administration



# Fatality/Catastrophe Report

June 22, 1999 11:44am

| Reporting ID | 0317700 | Previous Activity (Type & Number) | | 0 | | | Event Number | 101370369 | |
|---|---|---|---|---|---|---|---|---|---|
| Establishment Information | Establishment Name | INTERNATIONAL PAPER | | | | | Employer ID | 130872805 | |
| | Site Address | 525 Jaycee Drive<br>Hazleton  PA  18201 | | | | City Code | 3570 | County Code | 079 |
| | | Site Phone | (570) 459-6060 | Site FAX | (570) 459-6070 | | | | |
| | Event Address (if different) | | | | | | | | |
| Industry & Ownership | Type of Business | *MFG OF PAPERBOARD* | | | | Primary SIC | 2679 | No. of Employees | |
| | Ownership | A. Private Sector | | | | | | | |
| Receipt Information | Reported By | *EJ GARBACIK* | | | Date | 06/14/99 | Time | 7:30 P.M. | |
| | Job Title | *DISTRICT MANAGER* | | | Telephone | *570-450-0509* | | | |
| Employee Representation | Group Name(s): | | | | | | | | |
| Classification | A. Fatality | | | | | | | | |

| Event Description | Event Date | Event Time | Number of Fatalities | Number of Hospitalized Injuries | Number of NonHospitalized Injuries | Number Unaccounted for |
|---|---|---|---|---|---|---|
| | 06/14/99 | 06:40 pm | 1 | 0 | 0 | 0 |
| | Type of Event | crushed by roller | | | | |

| Preliminary Description | Mr. Brad Fisher, deceased, was working to free a jam on a piece of equipment when the roller came free and pinched his head.<br><br>Deceased: Brad Fisher<br><br><br>*INVESTIGATION INITIATED ON 6/15/99.* |
|---|---|

| Action | Inspection Planned? | Supervisor(s) Assigned | | CSHO(s) Assigned | |
|---|---|---|---|---|---|
| | Yes | R4211 | | | |
| Strategic Initiatives | | | | | |
| National Emphasis | | | | | |
| Local Emphasis | | | | | |
| Optional Information | Type | ID | Optional Information Value | | |

| Coverage Information/Additional Comments |
|---|

## SAFETY NARRATIVE

| Inspection Number | 110030400 |
|---|---|

COVERAGE INFORMATION  H Q Memphis Tenn.

NATURE AND SCOPE

Check Applicable Boxes and Explain Findings:

☐ Complaint Items

☐ Referral Items

[x] Accident Investigation Summary & Findings

see accident report

☐ LEP

☐ Planned Inspection

☐ Follow-Up Inspection

NATURE AND SCOPE -- UNUSUAL CIRCUMSTANCES (Mark X and explain all that apply:)

[x] None

☐ Denial of entry (see denial memo)

☐ Delays in conducting the inspection

☐ Strikes

☐ Jurisdictional Issues

☐ Trade Secrets

☐ Other

Comments:

OPENING CONFERENCE NOTES:

RECORDKEEPING PROGRAMS
(other than 29 CFR 1904 requirements)

Does the employer have a recordkeeping program relating to any occupational health issues (monitoring, medical, training, respirator fit tests, ventilation measurements, etc.)?

☐ Yes  ☐ No

Are any programs required by OSHA health standards?

☐ Yes  ☐ No

00020  OSHA-1A(Rev. 6/93)

If yes, complete the items 1 and 2 below.

1. Lifting (10% or more similarly exposed employees injured)

   a. Total # of employees exposed to job:

   b. Total # of cases for job:

2. CTD's (10% or more similarly exposed employees have CTD's; 5% or more CTS cases)

   a. Total # of employees exposed to job:

   b. Total # of cases for job:

   Other significant injury/illness trends

   ☐ Yes    ☐ No
   If yes, explain.

## EVALUATION OF EMPLOYER'S OVERALL SAFETY AND HEALTH PROGRAM

General Industry:

[x] Yes    ☐ No   Employer has a Safety & Health Program

[x] Yes    ☐ No   Written

[x] Yes    ☐ No   Copy Attached

Construction Industry:

☐ Yes    ☐ No   Accident Prevention Program

☐ Yes    ☐ No   Written

☐ Yes    ☐ No   Copy Attached

**Evaluation of Safety and Health Program**
(0 = Nonexistent  1 = Inadequate  2 = Average  3 = Above average)

☐ Written S&H Program

☐ Communication to Employees

☐ Enforcement

☐ Safety Training Program

☐ Health Training Program

☐ Accident Investigation Performed

OSHA-1A(Rev. 6/93)

☐ Preventive Action Taken

Comments:

## CLOSING CONFERENCE NOTES:

Were any unusual circumstances encountered such as, but not limited to, abatement problems, expected contest and/or negative employer attitude?  If yes, explain below.

☐ Yes      ☐ No

19. Closing Conference Checklist ("x" as appropriate)

☐ No Violations Observed

☐ Gave Copy Employer Rights

☐ Reviewed Hazards & Standards

☐ Discuss Employer Rights/Obligations

☐ Encouraged Informal Conference

☐ Offered Abatement Assistance

☐ Discussed Consultation Programs

☐ Employer/Employee Questionnaires

**Closing Conference Held with Employee Representative**

☐ Jointly      ☐ Separately

| CSHO Signature | | Date | |
|---|---|---|---|
| Accompanied By | | | |

OSHA-1A(Rev. 6/93)

00022



## Investigation Summary

Tue Aug 24, 1999 12:47pm

| Reporting ID | Investigation Summary Number | OSHA-36 Number | OSHA-36 Establishment Name | |
|---|---|---|---|---|
| 0317700 | 201370418 | 101370369 | INTERNATIONAL PAPER | |
| Event Date | 06/14/99 | Event Time | 06:40 pm | – |
| Type of Event | crushed by roller | | | |

| Inspection Number/ Establishment Name | 110030400 INTERNATIONAL PAPER |
|---|---|
| Injured/Deceased Name | Bradley Fisher |
| Sex: | M. Male |
| Age: | 42 |
| Injury: | A. Fatality |
| Nature: | 12 Fracture |
| Part of Body: | 13 Head |
| Source of Injury: | 26 Machine |
| Event Type: | 01 Struck by |
| Environmental Factor: | 04 Squeeze point action |
| Human Factor: | 13 Malfunction of procedure for lock out or tag out |
| Task: | A Regularly Assigned |
| Substance Code: | |
| Occupational Code | |

**Abstract:**

A maintenance mechanic along with a project engineer were performing a repair on #70 Sheeter carriage system, front roll stands #1 & #2. The Sheeter splicer section of roll stand #1 & #2 were shut down but not locked out. The two employees were attempting to replace a broken encoder chain when the carriage rollers suddenly and rapidly moved forward crushing the mechanic head between the carriage rollers and another roller, wedging his head.

OSHA-170print(Rev. 11/93)

00023

# EXHIBIT B



# Worksheet

Tue Dec 7, 1999 8:42am

| | |
|---|---|
| Inspection Number | 110030400 |
| Opt. Insp. Number | |

| Establishment Name | **INTERNATIONAL PAPER** | | | | | |
|---|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | | 001 |
| Number Exposed | 20 | No. Instances | 1 | REC | A Accident | |
| Std. Alleged Vio. | 1910.0147( c)( 1) | | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | | Action Type/Dates | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| 1 | | | | | | | |
| Abatement Documentation Required | | | | Y | Date Verified | | |

| Substance Codes | – |
|---|---|

| AVD/Variable Information: | |
|---|---|

29 CFR 1910.147(c)(1)

a) Production areas, covered machinery: the employer's Lockout/Tagout Program (ZES/Hazardous Energy Control Program) did not establish task-specific intermediate energy control (IES) procedures, on or about June 14, 1999.

### ABATEMENT CERTIFICATION AND DOCUMENTATION REQUIRED

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| Repeat Factor | | | Exempt'd | | | | |

| Employee Exposure: | | | | | |
|---|---|---|---|---|---|
| Occupation | project engineer,mach sho | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |
| Address | | | Phone | | |
| Occupation | maint mechanic | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |
| Address | | | Phone | | |
| Occupation | | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |

| Address | | Phone | |
|---|---|---|---|
| | | | |

| Instance Description: | A. Hazard   B. Equipment   C. Location   D. Injury/Illness   E. Measurements |
|---|---|

| 4. Date/Time |
|---|
| 6/16/99 10am |

20. Instance Description - Describe the following:
      a) Hazards-Operation/Condition-Accident
            employers lockout program did not establish task-specific intermediate energy control procedures (IES) to be utilized
      b) Equipment--L/O program
      c) Location --Production areas
      d) Injury/Illness--crushing, amputation, electric shock
      e) Measurements
            the employer's L/o-T/o program (ZES) in effect 6/16/99 addressed (IES) on page #1 under Policy, page #1-2 under general rules "Zero energy procedures will be utilized unless performing at an intermediate energy level. In this case, task-specific intermediate energy procedures will be followed", page # 3-B- 1&2 for Written Procedures addressed for (ZES) and (IES) however did not establish procedures for task-specific (IES)



| 21. Photo Number | Location on Video |
|---|---|
| | |

23. Employer Knowledge :
    had program but not complete
24. Comments (Employer, Employee, Closing Conference) :
9/2/99-- Employer included in revised program,for (ZES)/(IES) section 5.0, 6.0, 20.0, 20.1, 20.2, all addressing task-specific (IES) for work centers Bag House and Key Switch #70 Splicer
25. Other Employer Information :

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| y | y | s | n | n |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| | | |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | S Serious | 5000.00 | | |

# EXHIBIT C



# Worksheet

Tue Dec 7, 1999 8:34am

| | |
|---|---|
| Inspection Number | 110030400 |
| Opt. Insp. Number | c+ つ∪ |

| Establishment Name | INTERNATIONAL PAPER | | | | |
|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | 002 |
| Number Exposed | 20 | No. Instances | 2 | REC | |
| Std. Alleged Vio. | 1910.0333( b)( 2)(   i) | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates | |
|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | |
| 1 | | | | | · | |
| Abatement Documentation Required | | | Y | Date Verified | | |

| Substance Codes | – |
|---|---|

| AVD/Variable Information: | |
|---|---|

29 CFR 1910.333(b)(2)(i)

    a) Production areas, 110, 220, 480 volt electrical equipment: the employer did not maintain a copy of the written procedures outlined in 29 CFR 1910.333(b)(2) and make available for inspection by employees who service/repair electrical equipment.

### ABATEMENT OBSERVED DURING INSPECTION
### NO CERTIFICATION REQUIRED

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | exemption 5 | | | | |
| Repeat Factor | | | | | | · | |

| Employee Exposure: | | | | | |
|---|---|---|---|---|---|
| Occupation | project engineer, mach sho | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |
| Address | | | Phone | | |
| Occupation | maint mechanic | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |
| Address | | | Phone | | |
| Occupation | | Employer | INTERNATIONAL PAPER | | |
| Nr of Employees | 20 | Duration | more 6 mon | Frequency | |
| Employee Name | | | | | |

| Address | | Phone | : |
|---|---|---|---|
| | | | |

| Instance Description: | | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|---|

| 4. Date/Time |
|---|
| 6/16/99 10am |

20. Instance Description -  Describe the following:
    a) Hazards-Operation/Condition-Accident
        employers lockout program did not establish and incorporating the requirements of
        paragraphs 1910.333(b)(2)(iii)(D) and 1910.333(b)(2)(iv)(B) when utilizing procedures of
        1910.147 to cover electrical lockout.
    b) Equipment--L/O program
    c) Location --Prroduction areas
    d) Injury/Illness--, electric shock
    e) Measurements

| 21. Photo Number | Location on Video |
|---|---|
| | |

23. Employer Knowledge :
    had program but not complete
24. Comments (Employer, Employee, Closing Conference) :
9/2/99, included in revised program
25. Other Employer Information :

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |
| y | y | s | n | n |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
| | | |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
| | Z Add transaction | A Add | S Serious | 2500.00 | | |

OSHA-1B/1BIHprint(Rev. 9/93)

# EXHIBIT D



# Worksheet

Tue Dec 7, 1999 8:34am

| | | Inspection Number | 110030400 |
|---|---|---|---|
| | | Opt. Insp. Number | ELTC |
| Establishment Name | INTERNATIONAL PAPER | | |
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | 003 |
| Number Exposed | 20 | No. Instances | 1 | REC | A Accident |
| Std. Alleged Vio. | 1910.0147( f)( 3)(   i) | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | | Action Type/Dates | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| 1 | | | | | | | |
| Abatement Documentation Required | | | | Y | Date Verified | | |

| Substance Codes | - |
|---|---|

| AVD/Variable Information: | |
|---|---|

29 CFR 1910.147(f)(3)(i)

a) Production area, No. 70 Sheeter machine, group lockout or tagout procedures were not utilized when more than one person, crew, craft, department, or other group was performing service or maintenance, on or about June 14, 1999.

### ABATEMENT CERTIFICATION AND DOCUMENTATION REQUIRED

#12/10/99

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | | | | | |
| Repeat Factor | | | | | | | |

| Employee Exposure: | | | | |
|---|---|---|---|---|
| Occupation | project engineer | Employer | International Paper | |
| Nr of Employees | 20 | Duration | | Frequency |
| Employee Name | | | | |
| Address | | Phone | | |
| Occupation | Maintenance Mechanic | Employer | International Paper | |
| Nr of Employees | 20 | Duration | | Frequency |
| Employee Name | | | | |
| Address | | Phone | | |
| Occupation | | Employer | International Paper | |
| Nr of Employees | 20 | Duration | | Frequency |
| Employee Name | | | | |
| Address | | Phone | | |

| Instance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

# EXHIBIT E

| 4. Date/Time |
| --- |
| 6/16/99 4:00pm |

20. Instance Description -  Describe the following:
a) Hazards-Operation/Condition-Accident: Prior to the fatal accident, more than one employee performed service or maintenance on the #70 sheeter and group lockout was not utilized.  On the day of the fatality, a maintenance mechanic, an engineer, and the #70 sheeter operator and his two helpers, did not use group lockout procedures.  During the investigative depositions, the plant manager (Fred Blase), defined group lockout as a machine with multiple energy sources (mechanical, electrical, pneumatic).  He did not indicate any association with multiple employees performing service at the same time.
b) Equipment: #70 sheeter
c) Location : production floor
d) Injury/Illness: fatality
e) Measurements: investigative depositions

| 21. Photo Number | Location on Video |
| --- | --- |
|  |  |

23. Employer Knowledge : employer has written lo/to procedures
more than one employee may be needed to perform service or maint. on a machine

24. Comments (Employer, Employee, Closing Conference)

25. Other Employer Information :

| 26. Classification: | | | | |
| --- | --- | --- | --- | --- |
| Serious | Knowledge | S or O | Repeat? | Willful? |
| y | y | s | n | n |

| First Repeat | Second Repeat | Repeat Penalty |
| --- | --- | --- |
|  |  |  |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
| --- | --- | --- | --- | --- | --- | --- |
|  | Z Add transaction | A Add | S Serious | 5000.00 |  |  |

# EXHIBIT F



# Worksheet

Tue Dec 7, 1999 8:34am

| | | |
|---|---|---|
| Inspection Number | | 110030400 |
| Opt. Insp. Number | | 4472 |

| Establishment Name | INTERNATIONAL PAPER | | | | - | | |
|---|---|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | | 004 (a) | |
| Number Exposed | 2 | No. Instances | 2 | REC | A Accident | | |
| Std. Alleged Vio. | 1910.0147( c)( 4)(   i) | | | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | | Action Type/Dates | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| 1 | | | | | | | |
| Abatement Documentation Required | | | | Y | Date Verified | | |

| Substance Codes | - |
|---|---|

| AVD/Variable Information: | |
|---|---|

29 CFR 1910.147(c)(4)(i)

a) Production area, No. 70 Sheeter machine, Splicer section, Nos. 1 and 2 Roll stands: specific procedures for the control of hazardous energy were not utilized (the equipment was not locked-out) exposing workers repairing the equipment to the hazard of inadvertent start-up or residual energy, on or about June 14,1999.

ABATEMENT CERTIFICATION AND DOCUMENTATION REQUIRED

#/ 12/10/99

| Penalty Calculations | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | Size | Good Faith | History | |
| | | | | | | | - |
| Repeat Factor | | | | | | | |

| Employee Exposure: | | | | | |
|---|---|---|---|---|---|
| Occupation | maint mechanic (victim) | | Employer | INTERNATIONAL PAPER | |
| Nr of Employees | 2 | | Duration | 1/2 hr | Frequency |
| Employee Name | Bradley Fisher | | | | |
| Address | | | Phone | | |
| Occupation | project engineer, mach sho | | Employer | INTERNATIONAL PAPER | |
| Nr of Employees | 2 | | Duration | 1/2 yr | Frequency |
| Employee Name | | | | | |
| Address | | | Phone | | |

| Instance Description: | A. Hazard   B. Equipment   C. Location   D. Injury/Illness   E. Measurements |
|---|---|

| 4. Date/Time |
|---|
| accident-6/14/99-6:45pm |
| video   -6/15/99-11am |
|          -6/16/99-4:05pm |

20. Instance Description -  Describe the following:

Page 8
INTERNATIONAL PAPER
Case 3:99-cv-01976-TIV   Document 124   Filed 05/03/04   Page 27 of 32
Inspection
Tue Dec 7, 1999 8:54am
Item/Group 004 (a)

a) Hazards-Operation/Condition-Accident
　　Maintenance mechanic and Project engineer were attempting to repair broben encoder chain
　　without locking out energy sources, air and electric power, expoing employees to unexpected
　　machine start up.
b) Equipment--#70 Sheeter Machine, Splicer section, #1 and #2 Roll stands
c) Location --Production area
d) Injury/Illness--death/ crushed between
e) Measurements
　　At approx. 6:45pm on 6/14/99 Bradley Fisher maint. mech. was performing repair of
　　encoder chain on #70 Sheeter carriage system, front roll stands #1 & #2. Assisting him was
　　　　　　　　　　　　　　　　　　The Sheeter nor the splicer section #1 & #2 roll stands power
　　sources were not shut off nor locked out. They were attemping to replace a broken encoder
　　chain when the carriage roller suddenly and rapidly moved forward and crushed Fisher head
　　between another roller and was wedged between them.

| 21. Photo Number | Location on Video |
|---|---|
|  | see #4 |

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |

OSHA-1B/1BIHprint(Rev. 9/93)

Page 3

INTERNATIONAL PAPER    CASE 3:99-cv-01976-TIV    Document 74-4    Filed 09/23/04    Inspection No    Citation/Group 004 (a)    Page 28 of 32

| y | y | s | n | n |  |
|---|---|---|---|---|---|

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
|  |  |  |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
|  | Z Add transaction | A Add | S Serious | 5000.00 |  |  |

OSHA-1B/1BIHprint(Rev. 9/93)

# EXHIBIT G



## Worksheet

Tue Dec 7, 1999 9:33am

| | |
|---|---|
| Inspection Number | 110030400 |
| Opt. Insp. Number | In 7c |

| Establishment Name | **INTERNATIONAL PAPER** | | | | | |
|---|---|---|---|---|---|---|
| Type of Violation | S Serious | Citation Number | 01 | Item/Group | 004 (b) | |
| Number Exposed | 2 | No. Instances | 2 | REC | A Accident | |
| Std. Alleged Vio. | 1910.0147( d)( 4)(   i) | | | | | |

| Abatement Period | MultiStep Abatements | | | Final Abatement | Action Type/Dates | | |
|---|---|---|---|---|---|---|---|
| | PPE Period | Plan | Report | | | | |
| 1 | | | . | | | | |
| Abatement Documentation Required | | | | Y | Date Verified | | |

| Substance Codes | |
|---|---|

| AVD/Variable Information: | |
|---|---|

29 CFR 1910.147(d)(4)(i)

a) Production area, No. 70 Sheeter machine, Splicer section, Nos. 1 and 2 Roll stands: lockout or tagout devices were not affixed to each energy isolating device by authorized employees, on or about June 14,1999.

### ABATEMENT CERTIFICATION AND DOCUMENTATION REQUIRED

| Penalty Calculations | | | | | Adjustment Factors | | | Proposed Adjusted Penalty |
|---|---|---|---|---|---|---|---|---|
| Severity | Probability | Gravity | GBP | | Size | Good Faith | History | |
| . | | | | X 5 | | | | |
| Repeat Factor | | | | | | | | |

| Employee Exposure: | | | | | |
|---|---|---|---|---|---|
| Occupation | maint mechanic (victim) | | Employer | **INTERNATIONAL PAPER** | |
| Nr of Employees | 2 | | Duration | 1/2 hr | Frequency |
| Employee Name | **Bradley Fisher** | | | | |
| Address | | | | Phone | |
| Occupation | project engineer, mach sho | | Employer | **INTERNATIONAL PAPER** | |
| Nr of Employees | 2 | | Duration | 1/2 yr | Frequency |
| Employee Name | | | | | |
| Address | | | | Phone | |

| Instance Description: | A. Hazard | B. Equipment | C. Location | D. Injury/Illness | E. Measurements |
|---|---|---|---|---|---|

| 4. Date/Time |
|---|
| accident-6/14/99-6:45pm |
| video  -6/15/99-11am |
|          -6/16/99-4:05pm |

20. Instance Description -  Describe the following:
    a) Hazards-Operation/Condition-Accident

Maintenance mechanic and Project engineer were attempting to repair broben encoder chain without locking out energy sources, air and electric power, expoing employees to unexpected machine start up.

b) Equipment--#70 Sheeter Machine, Splicer section, #1 and #2 Roll stands
c) Location --Production area
d) Injury/Illness--death/ crushed between
e) Measurements

At approx. 6:45pm on 6/14/99 Bradley Fisher maint. mech. was performing repair of encoder chain on #70 Sheeter carriage system, front roll stands #1 & #2. Assisting him was The Sheeter nor the splicer section #1 & #2 roll stands power sources were not shut off nor locked out. They were attemping to replace a broken encoder chain when the carriage roller suddenly and rapidly moved forward and crushed Fisher head between another roller and was wedged between them.

| 21. Photo Number | Location on Video |
|---|---|
|  | see #4 |

| 26. Classification: | | | | |
|---|---|---|---|---|
| Serious | Knowledge | S or O | Repeat? | Willful? |

OSHA-1B/1BIHprint(Rev. 9/93)

00034

| y | y | s | n | n |
|---|---|---|---|---|
|   |   |   |   |   |

| First Repeat | Second Repeat | Repeat Penalty |
|---|---|---|
|   |   |   |

| Event Date | Event Code | Action Code | Citation Type | Penalty | Abate Date | Final Order |
|---|---|---|---|---|---|---|
|   | Z Add transaction | A Add | S Serious | 0.00 |   |   |